# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

137977

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NATHAN BANKS,
              Plaintiff-Appellant,

v

                                             SC: 137977
                                             COA: 287096

GENERAL MOTORS CORPORATION,
              Defendant-Appellee.

                                             WCAC: 08-000003

_____/

      On order of the Court, the application for leave to appeal the November 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

0316